IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

JOHN F. WARD,                          )

    PETITIONER,                    )

VS.                                    )     CV99-H-3215-J

WARDEN C.I. HADLEY, et al.,            )

    RESPONDENTS.                   )

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action, including the February 28, 2001 Magistrate Judge's Report and Recommendation and the March 28, 2001 objections thereto from petitioner. The court has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE this 2nd day of April, 2001.

                                              SENIOR UNITED STATES DISTRICT JUDGE

FILED
01 APR -2 AM 10: 10
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
APR - 2 2001